1  Family of Schwager Trust
2  19437 North New Traditions Drive
3  Sun City West Arizona 85375-9998
4  602-844-0092 - phone  | 602-844-0091 - fax
5  joncin777@proton.me

Pro Per Sui Juris

8  IN THE UNITED STATES DISTRICT COURT
9  FOR THE DISTRICT OF ARIZONA

**Bank of America, N.A.,**
    Plaintiff,

vs.

**John Schwager,**
    Defendant (in error) and Counterclaimant.

Case No.: **CV25-03203-PHX-MTM**

Notice of Removal Under 28 United States Code § 1441, §1446

**Noting Date: September 2, 2025**
Word count: 425

10  Originally filed in:
11  Superior Court of Arizona, Maricopa County

13  **NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441 & § 1446**

14  TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT:

15  Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant (in error) and Counterclaimant, John
16  Schwager, hereby removes to this Court the above-captioned civil action currently pending in the
17  Superior Court of Arizona, Maricopa County. Removal is proper for the following reasons:

18  1. **Violation of Substantive Federal Rights:** Plaintiff's claims and conduct give rise to
19     significant deprivations of federally protected rights including:
20     • Deprivation of due process and property rights without lawful lending authority in
21       violation of the Fifth and Fourteenth Amendments;
22     • Deprivation of contract rights and protections under the Truth in Lending Act (TILA), 15
23       U.S.C. § 1638;

- Violations of constitutional principles of contract formation under Restatement (Second) of Contracts §§ 161, 163.

2. **Federal Question Jurisdiction** exists under 28 U.S.C. § 1331 because Defendant asserts claims arising under:
   - The Truth in Lending Act (TILA), 15 U.S.C. § 1638;
   - Federal banking statutes, including 12 U.S.C. §§ 24(7), 29, 1431;
   - Violations of federally protected liberty and property interests.

3. **Original Jurisdiction:** Plaintiff is a national banking association whose practices and instruments are subject to extensive federal regulation and constitutional limitations.

4. **Timeliness:** No Proper Service by Plaintiff. This Notice is filed within 30 days of Defendant's first receipt of Plaintiff's attempted service on July 18, 2025, as contemplated under 28 U.S.C. § 1446(b).

5. **Attachments:** Defendant attaches copies of all process, pleadings, and orders served upon him, including:
   - Exhibit A: State Court Summons, Original Complaint, and Certificate of Arbitration
   - Exhibit B: Verified Answer & Counterclaim
   - Exhibit C: Civil Cover Sheet (JS-44)

6. A copy of this Notice of Removal is being filed with the Clerk of the Superior Court of Maricopa County and served on Plaintiff's counsel pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendant prays that this action proceed in this Court as a properly removed action under federal jurisdiction.

RESPECTFULLY SUBMITTED this 2nd day of September, 2025.

by: John David Schwager

*/s/ John David Schwager*

**Family of Schwager Trust**
19437 North New Traditions Drive
Sun City West Arizona 85375-9998
602-844-0092 - phone | 602-844-0091 - fax
joncin777@proton.me

September 2, 2025

**Sent via U.S.P.S. Certified Mail, Restricted Delivery, with Return Receipt Requested**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
Sandra Day O'Connor United States Courthouse
401 West Washington Street, Suite 130
Phoenix, AZ 85003
P: (602) 322-7200

**Bank of America, N.A., v. Schwager     Docket No.** TBD
Removed from Maricopa County Superior Court Case No. CV2025-013279
Docket No. [To Be Assigned Upon Filing]

Dear Clerk:

Please find enclosed for filing in the above-captioned matter the following documents submitted by Defendant **John David Schwager**, pro per sui juris, in response to Plaintiff's Complaint and subsequent filings:

1. **Verified Answer, Affirmative Defenses, and Counterclaim**
2. **Motion to Strike Plaintiff's Application for Default, Quash Service, and Vacate Court's Default Referral Order**
3. **Declaration of John David Schwager in Support of Motion**
4. **Notice of Removal to Federal Court and Civil Cover Sheet (JS-44)**
5. **Exhibits A–C** (true copies of state court filings):
   - Exhibit A: Affidavit/Declaration of Service filed July 21, 2025;
   - Exhibit B: Application & Affidavit for Default filed August 19, 2025;
   - Exhibit C: Court's Default Referral Order dated August 22, 2025.

A Certificate of Service is also included, reflecting service on Plaintiff's counsel of record, **The Moore Law Group, P.C.**

Please file these documents in the docket as part of Defendant's initial response and removal of the case to federal court pursuant to **28 U.S.C. §§ 1331, 1441, and 1446.**

Thank you for your attention and assistance.

In good faith,

John David Schwager
*/s/ John David Schwager*

JDS/
Enc.
Cc: