Person Filing: James Hammond
Address (if not protected): 2702 N 3rd St. Suite 2010
City, State, Zip Code: Phoenix, AZ 85004
Telephone: (800)506-2652
Email Address: efilingaz@collectmoore.com
Representing [ ] Self or [☒] Attorney for:
Lawyer's Bar Number: 035612, Issuing State: AZ

Clerk of the Superior Court
*** Electronically Filed ***
C. Nasui, Deputy
4/14/2025 2:15:18 PM
Filing ID 19670903

# SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Case Number: **CV2025-013279**

Bank of America, N.A.
Name of Plaintiff

**SUMMONS**

AND

John Schwager, et al.
Name of Defendant

> **WARNING**: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** John Schwager
                                  Name of Defendant

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to <u>Clerk of the Superior Court, or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation</u>. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons. Note: If you do not file electronically you will not have electronic access to the document in this case.

3. If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5. Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6. Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this Date: *April 14, 2025*

*JEFF FINE*
Clerk of Superior Court

By: *C. NASUI*
Deputy Clerk



If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
C. Nasui, Deputy
4/14/2025 2:15:18 PM
Filing ID 19670904

Person Filing: JAMES Hammond
Address (if not protected): 2702 N 3rd St. Suite 2010
City, State, Zip Code: Phoenix, AZ 85004
Telephone: (800)506-2652
Email Address: efilingaz@collectmoore.com
Representing [ ] Self or [X] Attorney for:
Lawyer's Bar Number: 035612, Issuing State: AZ

# SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Case Number: CV2025-013279

Bank of America, N.A.
Name of Plaintiff

**SUMMONS**

AND

John Schwager, et al.
Name of Defendant

**WARNING**: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** J. Doe Schwager
Name of Defendant

1.  **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2.  If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to <u>Clerk of the Superior Court, or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation</u>. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons. Note: If you do not file electronically you will not have electronic access to the document in this case.

3. If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5. Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6. Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this Date: *April 14, 2025*

*JEFF FINE*
Clerk of Superior Court

By: *C. NASUI*
Deputy Clerk



If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
C. Nasui, Deputy
4/14/2025 2:15:18 PM
Filing ID 19670900

1. Devin Philip Izenberg, AZ Bar No. 035961
2. James Hammond, AZ Bar No. 035612
3. Nicholas Bullock, AZ Bar No. 032735
4. Darren Tallman, AZ Bar No. 033603
5. The Moore Law Group,
A Professional Corporation
Mailing address:
P.O. Box 25145
Santa Ana, CA 92799-5145
Telephone: (800) 506-2652
AZAttorneys@collectmoore.com
Attorneys for Plaintiff
Account #: 250832525

**IN THE ARIZONA SUPERIOR COURT**
**MARICOPA COUNTY**

| | |
|---|---|
| Bank of America, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> John Schwager and <br> J. Doe Schwager, as spouse, <br><br> Defendants. | Case No. **CV2025-013279** <br><br> **COMPLAINT** <br> **(Breach of Contract, Open Account, and Account Stated)** |

**COMES NOW** Plaintiff, Bank of America, N.A. by and through undersigned counsel and alleges as follows:

1. Upon information and belief, Defendants John Schwager and J. Doe Schwager, as spouse, are residents of MARICOPA County, Arizona, and reside within this Court's Jurisdiction.

2. Jurisdiction and venue are proper in this Court.

3. Plaintiff is a national banking association organized and existing under the laws of the United States of America. and the owner of a Bank of America, N.A. credit account currently ending XXXXXXXXXXXX8180 ("Account") and is the real party in interest.

4. John Schwager opened an account with account number currently ending XXXXXXXXXXXX8180. Defendant John Schwager promised to make payments for charges made on the Account.

5. John Schwager applied for and used or authorized the use of the Account for the acquisition of goods, services, balance transfers, or cash advances and thereby became obligated to pay for the charges incurred on the Account. Throughout the existence of the Account, John Schwager received regular account statements. John Schwager failed to make the monthly payments when due. There is an account stated in the amount of $18,345.22.

6. Plaintiff declared the Account to be in default and demands payment of the balance.

7. There are no currently unresolved disputes and the entire balance of $18,345.22 is presently due and payable in full by the Defendants.

8. The amount currently owing is $18,345.22, which reflects any applicable post charge-off payments, credits, and adjustments.

9. If any Defendant was or became married during the time extensions of credit were made on the Account, Plaintiff alleges that the debt on the account is both community and separate in nature. If the debt is a pre-marital debt, the non-debtor spouse is joined only as a necessary party pursuant to Arizona law.

10. Plaintiff does not seek post-charge off interest. Plaintiff has made all demands and performed all other acts necessary to mature said claim against John Schwager which John Schwager has failed to pay.

**WHEREFORE**, Plaintiff prays for Judgment to be entered in favor of the Plaintiff and against the Defendants for breach of contract, and/or open account, and account stated, as follows:

A. For the principal amount of $18,345.22;

B. For Plaintiff's costs incurred herein;

C. For such other relief as the Court may deem just and proper;

Date: _____04/02/2025_____

The Moore Law Group,
A Professional Corporation

_____
James Hammond
AZ 035612
*Attorney for Plaintiff*

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
C. Nasui, Deputy
4/14/2025 2:15:18 PM
Filing ID 19670902

Person/Attorney Filing: JAMES Hammond
Mailing Address: 2702 N 3rd St. Suite 2010
City, State, Zip Code: Phoenix, AZ 85004
Phone Number: (800)506-2652
E-Mail Address: efilingaz@collectmoore.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 035612, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

Bank of America, N.A.
Plaintiff(s),
v.
John Schwager, et al.
Defendant(s).

Case No. **CV2025-013279**

**CERTIFICATE OF COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this April 14, 2025

By: JAMES Hammond /s/
Plaintiff/Attorney for Plaintiff

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
A. Marquez, Deputy
7/21/2025 11:27:26 AM
Filing ID 20233776

Dustin Vidrine, AZ Bar No. 025882
Darren Tallman, AZ Bar No. 033603
James Hammond, AZ Bar No. 035612
Devin Philip Izenberg, AZ Bar No. 035961
The Moore Law Group, APC
2702 N. 3rd Street, Ste 2010
Phoenix, AZ 85004
Mailing address:
P.O. Box 25145
Santa Ana, CA 92799
(800) 506-2652
AZAttorneys@collectmoore.com
Attorneys for Plaintiff

IN THE SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

NOTICE OF FILING - DECLARATION OF SERVICE

CASE NUMBER: CV2025-013279

**Bank of America, N.A.**
Plaintiff,

vs.

**John Schwager, and J. Doe Schwager, as spouse**
Defendants.

| | | |
|---|---|---|
| | **DECLARATION OF SERVICE** | Court Stamp Here |
| | Notice: This document contains sensitive data | |
| Court | SUPERIOR COURT OF THE STATE OF ARIZONA IN AND FOR THE COUNTY OF MARICOPA | |
| Plantiff | Bank of America, N.A. | |
| Defendant | John Schwager, and J. Doe Schwager, as spouse | Case # CV2025-013279 |
| Person to be Served | John Schwager, and J. Doe Schwager, as spouse and JOHN/JANE DOE Schwager, and J. Doe Schwager, as spouse | |
| Manner of Service | Personal | Service Date/Time 7/18/2025   12:28 PM |
| Documents | Summons;Certificate on Compulsory Arbitration;Complaint | Service Fee $68.90 |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **18th day of July, 2025** at **12:28 PM** at the address of **13027 W Star Ridge Dr, Sun City West, Maricopa County, AZ 85375-3831**; the undersigned served the above described documents upon **John Schwager, and J. Doe Schwager, as spouse** and **JOHN/JANE DOE Schwager, and J. Doe Schwager, as spouse** by then and there personally delivering **2** true and correct copy(ies) thereof, by then presenting to and leaving the same with **John Schwager, and J. Doe Schwager, as spouse, I delivered the documents to John Schwager, and J. Doe Schwager, as spouse with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 55-65 years of age, 6'0"-6'2" tall and weighing 160-180 lbs.**, a person of suitable age and discretion who stated they reside at the defendant's/respondent's usual place of abode listed above.

**MARRIED**     Yes     No    (Refused)   (circle one)

33.668877, -112.345664

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of AZ that the statement above is true and correct.

Date: 07/18/2025

_signature_

Duane Benner, Reg. # MC9115, Arizona
17642 W. Post Dr, Surprise, AZ 85388

Ref  250832525



abclegal   Moore Law Group
07/22/2025

Tracking # 0178497799


« Return to search results

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | CV2025-013279 | Judge: | Arbitration 01 | Valenzuela |
| File Date: | 4/14/2025 | Location: | Downtown |
| Case Type: | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Bank Of America N A | Plaintiff | | James Hammond |
| John Schwager | Defendant | Male | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 7/21/2025 | AFS - Affidavit Of Service | 7/22/2025 | |
| NOTE: | Declaration of Service John Schwager and J. Doe Schwager, as spouse and JOHN/JANE DOE Schwager, and J. Doe Schwager, as spouse | | |
| 6/18/2025 | 322 - ME: Notice Of Intent To Dismiss | 6/18/2025 | |
| 4/14/2025 | COM - Complaint | 4/15/2025 | |
| NOTE: | Complaint | | |
| 4/14/2025 | CSH - Coversheet | 4/15/2025 | |
| NOTE: | Civil Cover Sheet | | |
| 4/14/2025 | CCS - Cerificate Arbitration - Subject To | 4/15/2025 | |
| NOTE: | Certificate Of Compulsory Arbitration - Is Subject To | | |
| 4/14/2025 | SUM - Summons | 4/15/2025 | |
| NOTE: | Summons | | |
| 4/14/2025 | SUM - Summons | 4/15/2025 | |
| NOTE: | Summons | | |

## Case Calendar

**There are no calendar events on file**

## Judgments

| Date | (F)or / (A)gainst | Amount | Frequency | Type | Status |
|---|---|---|---|---|---|
| No records found. | | | | | |

Clerk of the Superior Court
*** Electronically Filed ***
08/22/2025 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-013279           08/21/2025

HONORABLE MICHAEL VALENZUELA      CLERK OF THE COURT
                                                 A. Villela
                                                 Deputy

BANK OF AMERICA N A            JAMES HAMMOND

v.

JOHN SCHWAGER                   JOHN SCHWAGER
                                          13027 W STAR RIDGE DR
                                          SUN CITY WEST AZ 85375

                                          COMM. KAISER
                                          CV ARBITRATION
                                          JUDGE VALENZUELA

**DEFAULT REFERRAL**

This Court has received Plaintiff's e-filed/ filed *Application and Affidavit for Default*, filed August 19, 2025, against **Defendant(s), John Schwager and J. Doe Schwager,** in the above-captioned case.

**IT IS ORDERED** that no action will be taken by this division on the above-referenced document(s).

The parties are advised that commissioners handle Rule 55(b) Default Judgment proceedings and that the default proceedings in this matter are to be heard by **Commissioner Brian Kaiser.**

**IT IS FURTHER ORDERED** that all documents necessary to support the entry of a default judgment must be either e-filed or filed in paper form.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-013279                                                             08/21/2025

Pursuant to the Maricopa County eFiling Guidelines, section 2.09, attorneys shall electronically file all the documents required to request a default judgment, such as the Application for Entry of Default, Motion for Entry of Default Judgment, Sum Certain Affidavit, Application for Attorneys' Fees when appropriate, and Statement of Costs.

Attorneys and Self-Represented Litigants must submit a default judgment packet required by the Court, including the documents identified on the default judgment packet coversheet in paper to the assigned commissioner's division.

**A commissioner will not act upon a Motion for Entry of Default Judgment until the default judgment packet with all the required documents has been received by the division in paper form.**

If the paper packet is not received by the above-named Commissioner division by **October 20, 2025**, the matter is placed on the Dismissal Calendar as to the above-named defaulted party or parties until **November 19, 2025**.

You may wish to review the following resources for additional information regarding the default process:

**Applications for Default**
https://superiorcourt.maricopa.gov/llrc/cv_cvc6/

**Motions**
https://superiorcourt.maricopa.gov/media/n30m54ah/gn10fz.pdf

**Civil Default Checklist**
https://superiorcourt.maricopa.gov/media/jitjlp0s/cvc50fz.pdf

**Civil Court Administration Processing Information**
civil-department-post-filing-information-and-instructions.pdf (maricopa.gov)

Case 2:25-cv-03203-SMB   Document 1-1   Filed 09/03/25   Page 14 of 20

Clerk of the Superior Court
*** Electronically Filed ***
Y. Moralez, Deputy
8/19/2025 9:57:15 AM
Filing ID 20418959

Devin Philip Izenberg, AZ Bar No. 035961
James Hammond, AZ Bar No. 035612
Nicholas Bullock, AZ Bar No. 032735
Darren Tallman, AZ Bar No. 033603
The Moore Law Group,
A Professional Corporation
Mailing address:
P.O. Box 25145
Santa Ana, CA 92799-5145
(800) 506-2652
AZAttorneys@collectmoore.com
Attorneys for Plaintiff

IN THE SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

Bank of America, N.A.,

    Plaintiff,

vs.

John Schwager and
J. Doe Schwager, as spouse,

    Defendant(s).

Case No. CV2025-013279

**APPLICATION AND AFFIDAVIT FOR DEFAULT**

**NOTICE: THIS IS AN IMPORTANT DOCUMENT.** The Plaintiff is requesting the entry of default against Defendant, John Schwager and J. Doe Schwager, as spouse,. The Default will be effective ten (10) working days after the filing of this completed document, unless the Defendant file(s) an Answer or otherwise defends before the ten working day period expires.

The undersigned affirms the following:

1. I am the attorney for the Plaintiff in this action.

2. I have mailed this document to the Defendant claimed to be in default.

3. Since the Defendant was/were served with the Summons and Complaint, the time to appear and defend under the Arizona Rules of Civil Procedure has expired. *See* Exhibit 1.

4. The Defendant against whom a judgment is requested has failed to appear or defend as required by Rule 55, Arizona Rules of Civil Procedure.

1

5.  The Defendant is/are not in the active military service of the United States, or has otherwise waived his or her rights under the Servicemembers Civil Relief Act (formerly "Soldiers' and Sailors' Civil Relief Act").

6.  The Defendant is not a minor and is not known to be incompetent.

7.  If an attorney is known to represent Defendant, the attorney is identified below; otherwise, no such attorney is known.

8.  **This Default will be effective against the Defendant ten (10) working days after the filing of this Application and Affidavit unless the Defendant file(s) a responsive pleading or otherwise properly defend(s) in this action prior to the expiration of those ten (10) days.**

WHEREFORE, the Plaintiff requests the entry of default against the Defendant indicated above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: AUG 15 2025

The Moore Law Group,
A Professional Corporation

☐ Devin Philip Izenberg, AZ Bar No. 035961
☒ James Hammond, AZ Bar No. 035612
☐ Nicholas Bullock, AZ Bar No. 032735
☐ Darren Tallman, AZ Bar No. 033603
*Attorney for Plaintiff*

2

1 | **ORIGINAL** of the foregoing delivered
to the Clerk of the Court and
2 | a **COPY** has been or will be mailed          AUG 1 8 2025
3 | to:

4

5 | John Schwager
13027 W Star Ridge Dr
6 | Sun City West AZ 85375-3831
*Defendant(s)*

7

8

9 | *[signature]*
10

# EXHIBIT 1

Mailing Address
P.O. Box 25145
Santa Ana, CA 92799-5145



THE MOORE LAW GROUP

A PROFESSIONAL CORPORATION

**Visit Us Online**
www.collectmoore.com

TOLL FREE: 800.506.2652
Dial 711 for Telecommunication Relay Service

July 14, 2025

John Schwager
13027 W Star Ridge Dr
Sun City West AZ 85375-3831

        Creditor Name: Bank of America, N.A.
        File No: 250832525
        Docket No.: CV2025-013279
        Account Balance: $18,345.22

This letter is being sent in hopes of opening up lines of communication with you in order to resolve your account. We work with a lot of great people who are in difficult situations. We would like to take this time to understand your unique circumstances in order to determine which reasonable payment arrangement is right for you.

For your convenience, we provide multiple methods for you to contact us. We encourage you to call our office at 1-800-506-2652 or, as we understand that this matter might be uncomfortable to discuss on the phone, you can initiate the discussion by going to our website at https://collectmoore.com/contact-us.

Alternatively, you can email an offer, along with any information that you feel will help us understand your situation, to offers@collectmoore.com.

Best Regards,

The Moore Law Group,
A Professional Corporation
250832525

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR IN AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.
CA DFPI DEBT COLLECTOR LICENSE NUMBER 10223-99**





## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 03/07 | 03/08 | CIRCLE K 01781    PHOENIX    AZ | 8233 | 8180 | 94.60 | |
| | | TOTAL PURCHASES AND ADJUSTMENTS FOR THIS PERIOD | | | | $94.60 |
| | | **Fees** | | | | |
| 03/11 | 03/12 | LATE FEE FOR PAYMENT DUE | | 8180 | 29.00 | |
| | | TOTAL FEES FOR THIS PERIOD | | | | $29.00 |
| | | **Interest Charged** | | | | |
| 03/14 | 03/14 | INTEREST CHARGED ON PURCHASES | | | 0.00 | |
| 03/14 | 03/14 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 03/14 | 03/14 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 03/14 | 03/14 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | TOTAL INTEREST CHARGED FOR THIS PERIOD | | | | $0.00 |

| 2024 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2024 | $29.00 |
| Total interest charged in 2024 | $0.00 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| **Purchases** | 20.24%V | | | | $ 0.00 | $ 0.00 |
| Promotional APR | 0.00% | PUR, WT | LM22-01968 | 11/14/2024 | $ 18,051.71 | $ 0.00 |
| **Balance Transfers** | 20.24%V | | | | $ 0.00 | $ 0.00 |
| **Direct Deposit and Check Cash Advances** | 23.24%V | | | | $ 0.00 | $ 0.00 |
| **Bank Cash Advances** | 29.24%V | | | | $ 0.00 | $ 0.00 |

APR Type Definitions  Promotional Transaction Types: PUR = Purchase, WT = Non-Bank Wire Transfer; Daily Interest Rate Type: V= Variable Rate (rate may vary); APR Type: Promotional APR (APR for limited time on eligible transactions)

JOHN SCHWAGER  |  Account # 4400 6658 8149 8180  |  February 15 - March 14, 2024 

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 03/07 | 03/08 | CIRCLE K 01781    PHOENIX    AZ | 8233 | 8180 | 94.60 | |
| | | TOTAL PURCHASES AND ADJUSTMENTS FOR THIS PERIOD | | | | $94.60 |
| | | **Fees** | | | | |
| 03/11 | 03/12 | LATE FEE FOR PAYMENT DUE | | 8180 | 29.00 | |
| | | TOTAL FEES FOR THIS PERIOD | | | | $29.00 |
| | | **Interest Charged** | | | | |
| 03/14 | 03/14 | INTEREST CHARGED ON PURCHASES | | | 0.00 | |
| 03/14 | 03/14 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 03/14 | 03/14 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 03/14 | 03/14 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | TOTAL INTEREST CHARGED FOR THIS PERIOD | | | | $0.00 |

### 2024 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2024 | $29.00 |
| Total interest charged in 2024 | $0.00 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| **Purchases** | 20.24%V | | | | $ 0.00 | $ 0.00 |
| Promotional APR | 0.00% | PUR, WT | LM22-01968 | 11/14/2024 | $ 18,051.71 | $ 0.00 |
| **Balance Transfers** | 20.24%V | | | | $ 0.00 | $ 0.00 |
| **Direct Deposit and Check Cash Advances** | 23.24%V | | | | $ 0.00 | $ 0.00 |
| **Bank Cash Advances** | 29.24%V | | | | $ 0.00 | $ 0.00 |

APR Type Definitions  Promotional Transaction Types: PUR = Purchase, WT = Non-Bank Wire Transfer; Daily Interest Rate Type: V= Variable Rate (rate may vary); APR Type: Promotional APR (APR for limited time on eligible transactions)