Family of Schwager Trust                                          Pro Per Sui Juris
19437 North New Traditions Drive
Sun City West Arizona 85375-9998
602-844-0092 - phone | 602-844-0091 - fax
joncin777@proton.me

_____

[FILED stamp: SEP 0 3 2025, CLERK U S DISTRICT COURT, DISTRICT OF ARIZONA]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **Bank of America, N.A.,** | : | Case No.: **CV25-03203-PHX-MTM** |
| Plaintiff, | : | |
| | : | Notice of Removal |
| vs. | : | Certificate of Service |
| | : | |
| **John Schwager,** | : | Noting Date: September 2, 2025 |
| Defendant (in error) and | : | |
| Counterclaimant. | : | |

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September 2025, I caused a true and correct copy of the foregoing **Notice of Removal** to be served by [U.S. Mail / Certified Mail / Other Method] upon:

The Moore Law Group
P.O. Box 25145
Santa Ana, CA 92799-5145

RESPECTFULLY SUBMITTED this 2nd day of September, 2025.

by: John David Schwager