Family of Schwager Trust
19437 North New Traditions Drive
Sun City West Arizona 85375-9998
602-844-0092 - phone | 602-844-0091 - fax
joncin777@proton.me

Pro Per Sui Juris

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 17 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

**Bank of America, N.A.,**

    Plaintiff,

vs.

**John Schwager,**

    Defendant (in error) and
    Counterclaimant.

Case No.: 2:25-cv-03203-MTM

**MOTION TO ALLOW ELECTRONIC FILING BY A PARTY APPEARING WITHOUT AN ATTORNEY and SUPPORTING INFORMATION**

**Noting Date: September 17, 2025**
Word Count: 1058

## MOTION TO ALLOW ELECTRONIC FILING BY A PARTY APPEARING WITHOUT AN ATTORNEY and SUPPORTING INFORMATION

I, John Schwager, appearing pro per sui juris, declare that I am the Plaintiff/Defendant representing myself in this action; that I hereby request permission to electronically file and serve my documents. I state that, upon a showing of good cause below, I am able to comply with the equipment and rule requirements governing electronic filing.

In further support of this application, I answer the following questions:

A. Type of personal computer and related software/equipment available for use:

- Personal computer running a standard platform such as Windows or Mac OS • Word processor such as Microsoft Word that can export to PDF
- Internet access (high speed is recommended)
- Web browser (current versions of MS Edge, Google Chrome, Mozilla Firefox or Safari) • PDF conversion software - Adobe Acrobat current version (Standard or Professional) is  recommended
- Scanner for paper exhibits or other supporting documents which exist only in

1  paper • Adobe Acrobat Reader or other PDF viewer is needed for viewing
2  e-filed PDF documents
3  B. Do you have a personal electronic mailbox of sufficient capacity to send and receive
4  electronic notice of case related transmissions?
5

Yes   ☐

6

7  C. Are you currently or will you be a subscriber to PACER (Public Access to Court
8  Electronic Records)?
9

Yes   ☐

10

11 D. Have you read and become familiar with the District of Arizona's
12 CM/ECF Administrative Policies and Procedures Manual?
13

Yes   ☐

14

15 E. Are you able to comply with all the requirements, including the electronic submission of
16 documents in .pdf, of the District of Arizona's CM/ECF Administrative Policies and
17 Procedures Manual?
18

Yes   ☐

19

20 F. Are you able to comply with the privacy policy of the Judicial Conference of the
21 United States and the E-Government Act of 2002?
22

Yes   ☐

23
24       RESPECTFULLY SUBMITTED this 16th day of September, 2025.
25
26                           by: John David Schwage

1  PARTICIPANT ELECTRONIC CASE FILES REGISTRATION FORM
2
3 This form is to be used to register for an account on the District of Arizona's Electronic Case Files
4 (CM/ECF) System. Registered users will have privileges to electronically submit documents and to
5 view and retrieve electronic docket sheets and documents as available for cases assigned to the
6 CM/ECF system. Filers representing themselves and granted leave to electronically file must seek
7 leave to electronically file in each new case. The following information is required for registration:
8

Personal Information

**First Name**: John                          **Last Name**: Schwager

**Address**: 19437 North New Traditions Drive   **City**: Sun City West   **State**: AZ   **Zip**: 85375

**Telephone Number**: (602) 844-0092            **Email:** joncin777@proton.me

9
10 Email Type:
11

   HTML – Recommended for most e-mail clients

☐   Plain text – Recommended for older email clients which cannot process HTML e-mail

12
13 By submitting this registration form, the undersigned agrees to abide by the following rules:
14 This CM/ECF system is for use only in cases designated by the United States District Court for
15 theDistrictofArizonainwhichtheprosepartyhasbeengrantedleavetoelectronicallyfile. The CM/ECF
16 system may be used to file and view electronic documents, docket sheets and notices.
17
18 Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion and other paper must be
19 signed by at least one attorney of record or, if the party is not represented by an attorney, all papers
20 must be signed by the party. A registered user's account login and password issued by PACER
21 combined with the identification, serves as and constitutes the registered user's signature.
22 Therefore, a registered user must protect and secure the password issued by PACER. If there is any
23 reason to suspect the password has been compromised in any way, it is the duty and responsibility
24 of the registered user to immediately notify PACER.
25
26 Each registered user desiring to electronically file documents must complete and sign a Participant
27 Electronic Case Files Registration Form. Registering as a user constitutes: (1) consent to receive
28 notice electronically and waiver of the right to receive notice by first class mail pursuant to Federal

1 Rule of Civil Procedure 5(b)(2)(D); (2) consent to electronic service and waiver of the right to
2 service by personal service or first class mail pursuant to Federal Rule of Civil Procedure
3 5(b)(2)(D), except with regard to service of a summons and complaint. Waiver of service and notice
4 by first class mail applies to notice of the entry of an order or judgment. Notice by electronic means
5 is complete as set forth in the Electronic Case Filing Administrative Policies and Procedures
6 Manual.
7
8 A registered user accesses court case information by the court's Internet site or through the Public
9 Access to Court Electronic Records (PACER) Service Center. Although the Clerk's Office manages
10 the procedures for electronic filing, all electronic public access to case file documents occurs
11 through PACER. A PACER login and password is issued by PACER. To register for PACER, a user
12 must complete the online form or submit a registration form available on the PACER website
13 http://PACER.psc.uscourts.gov
14
15 By this registration the undersigned agrees to abide by all the rules and regulations in the Electronic
16 Case Filing Administrative Policies and Procedures Manual currently in effect and any changes or
17 additions that may be made to such administrative procedures in the future.
18
19                                                          Sept 17, 2025
20                                                          Date
21                                                          s/ John David Schwager
22                                                          John David Schwager
23
24

**John David Schwager**
Defendant, *pro per sui juris*
19437 North New Traditions Drive
Sun City West, AZ 85375
Tel: 602-844-0092 | Email: joncin777@proton.me

CERTIFICATE OF SERVICE

I hereby certify that on this _17_ day of _September_, 2025, I caused a true and correct copy of the foregoing **Motion To Allow Electronic Filing By A Party Appearing Without An Attorney And Supporting Information** to be served by [U.S. Mail / Certified Mail / Other Method] upon:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
Sandra Day O'Connor United States Courthouse
Attention: Clerk
401 West Washington Street, Suite 130
Phoenix, AZ 85003
P: (602) 322-7200

The Moore Law Group
P.O. Box 25145
Santa Ana, CA 92799-5145

RESPECTFULLY SUBMITTED this 17th day of September, 2025.

by: John David Schwager

1 Family of Schwager Trust                                          Pro Per Sui Juris
2 19437 North New Traditions Drive
3 Sun City West Arizona 85375-9998
4 602-844-0092 - phone | 602-844-0091 - fax
5 joncin777@proton.me
6 _____

7       IN THE UNITED STATES DISTRICT COURT
8            FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Bank of America, N.A.,** | Case No.: 2:25-cv-03203-MTM |
| Plaintiff, | |
| | **[PROPOSED] ORDER TO GRANT MOTION TO ALLOW ELECTRONIC FILING BY A PARTY APPEARING WITHOUT AN ATTORNEY and SUPPORTING INFORMATION** |
| vs. | |
| **John Schwager,** | |
| Defendant (in error) and Counterclaimant. | **Noting Date: September 17, 2025** |
| | Word Count: 507 |

9 **IT IS ORDERED,**

10   ☐   **GRANTING** the Motion to Allow Electronic Filing by a Party Appearing Without an Attorney in this case only. The party is required to comply with all rules outlined in the District of Arizona's Case Management/Electronic Case Filing Administrative Policies and Procedures Manual, have access to the required equipment and software, have a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case related transmissions, be able to electronically transmit documents to the court in .pdf, complete the attached form to register as a user with the Clerk's Office within five (5) days of the date of this Order, register as a subscriber to PACER (Public Access to Electronic Records) within five (5) days of the date of this Order and comply with the privacy policy of the Judicial Conference of the United States and the E-Government Act of 2002.

1

Any misuse of the CM/ECF system will result in immediate discontinuation of this privilege and disabling of the account.

☐ **DENYING** the Motion to Allow Electronic Filing by a Party Appearing Without an Attorney

2
3
4 SO ORDERED this ____ day of _____, 2025.
5
6 United States District Judge
7
8
9 _____
10 IT IS SO ORDERED.
11 Dated: _____
12
13
14
15