# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bank of America NA, | No. CV-25-03203-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| John Schwager, et al., | |
| Defendants. | |

Pending before the Court is Defendant's Motion to Strike Plaintiff's Application for Default, Quash Service, and Vacate Court's Default Referral Order. (Doc. 3). No response has been filed. Pursuant to Local Rule 7.2(i), the Court may summarily dispose of a motion when no responsive pleading is filed. The Court also notes, that after this case was removed, Defendant filed an Answer (Doc.2). The Court has reviewed the docket, and it reflects that Plaintiff Bank of America filed an Application and Affidavit for Default on August 19, 2025 in State Court. The Application was not approved before this case was removed to Federal Court on September 3, 2025. In the Court's discretion, this Court will deny the application for default. Next, Defendant asks this Court to find that service was defective and the Court lacks jurisdiction. However, Defendant has simultaneously appeared by filing an Answer. Therefore, he has waived service, and the Court now has jurisdiction over Defendant. Therefore,

**IT IS ORDERED** denying Defendant's Motion to Strike (Doc. 3) but denying Plaintiff's Application and Affidavit of Default (Doc. 1)

**IT IS FURTHER ORDERED** denying Defendant's request to quash service (Doc. 3) as moot.

Dated this 23rd day of September, 2025.

_____
Honorable Susan M. Brnovich
United States District Judge