Case: 2:25cv3203

**FILED** ✓
RECEIVED ___   LODGED ___   COPY ___

SEP 29 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

John Schwager
Family of Schwager Trust
19437 N New Traditions Dr.
Sun City West, AZ 85375-9998

(Doc 6, 7)

---

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC - 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS



quadient
FIRST-CLASS MAIL
IMI
$002.17
09/04/2025 ZIP 85003
043M31237949
US POSTAGE

**RECEIVED**

SEP 29 2025

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

NIXIE   0209/23/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 85003213699     *6614-82764-04-44

85003>2130