Darren Tallman, AZ Bar # 033603
The Moore Law Group,
A Professional Corporation
Mailing address:
P.O. Box 25145
Santa Ana, CA 92799-5145
Telephone: (800) 506-2652
AZattorneys@collectmoore.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Bank of America, N.A.,

Plaintiff,

vs.

John Schwager and
J. Doe Schwager, as spouse,

Defendant(s).

Case No. CV25-03203-PHX-MTM

**ORDER REMANDING CASE TO STATE COURT**

This matter having come before the Court on Plaintiff's Motion to Remand Case to State Court; the Court having considered any responses and replies thereto, and being been fully advised herein, finds that the Plaintiff's Motion is well-taken and is GRANTED. This case shall be remanded to the Maricopa County Superior Court, State of Arizona.

**Dated:** _____

_____
Honorable Judge of the U.S. District Court,
District of Arizona