Darren Tallman, AZ Bar No. 033603
The Moore Law Group,
A Professional Corporation
Mailing address:
P.O. Box 25145
Santa Ana, CA 92799-5145
(800) 506-2652
AZAttorneys@collectmoore.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bank of America, N.A. | CASE NO. CV25-03203-PHX-MTM |
| Plaintiff, | |
| vs. | **PLAINTIFF'S EXPEDITED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| John Schwager and J. Doe Schwager, as spouse, | |
| Defendant(s). | |

COMES NOW, Plaintiff, Bank of America, N.A., through undersigned counsel, and respectfully requests the Court to continue the Case Management Conference that is set for 10/27/2025 at 10:00 am due to Plaintiff's Motion to Remand to State Court filed herein. Should Plaintiff's Motion be granted, then the Case Management Conference would be moot.

Good cause exists to continue the Case Management Conference for the sake of judicial economy, and to avoid unnecessary time, effort and expense by the parties. Accordingly, the requirement of a Rule 26(f) meeting and Case Management Report should be suspended.

Case 2:25-cv-03203-SMB   Document 17   Filed 10/16/25   Page 2 of 2

Date: 10-16-25

The Moore Law Group,
A Professional Corporation

By: _____
☐ Darren Tallman, AZ Bar No. 033603
*Attorney for Plaintiff*

A **COPY** has been or will be mailed/emailed on 10-16-25 to:

John Schwager
13027 W Star Ridge Dr
Sun City West AZ 85375-3831
Joncin777@proton.me
*Defendant*

_____