Darren Tallman, AZ Bar No. 033603
The Moore Law Group,
A Professional Corporation
Mailing address:
P.O. Box 25145
Santa Ana, CA 92799-5145
Telephone: (800) 506-2652
AZAttorneys@collectmoore.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bank of America, N.A. | CASE NO. CV25-03203-PHX-MTM |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| John Schwager and J. Doe Schwager, as spouse, | |
| Defendant(s). | |

This matter having come before this Court on Plaintiff's Motion to Continue,

IT IS HEREBY ORDERED that the Case Management Conference that is set for 10/27/2025 at 10:00 am is continued to _____.

IT IS FURTHER ORDERED that _____.

    **SIGNED** this _____ day of _____, 20___.

_____
Honorable Judge of the U.S. District Court,
District of Arizona