# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bank of America NA, | No. CV-25-03203-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| John Schwager, et al., | |
| Defendants. | |

This matter having come before this Court on Plaintiff's Motion to Continue (Doc. 17),

**IT IS HEREBY ORDERED** that the Motion is granted.

**IT IS FURTHER ORDERED** the October 27, 2025 Case Management Conference is vacated to be reset upon ruling on the pending Motion to Remand.

Dated this 17th day of October, 2025.

Honorable Susan M. Brnovich
United States District Judge