Family of Schwager Trust                                              Pro Per Sui Juris
19437 North New Traditions Drive
Sun City West Arizona 85375-9998
602-844-0092 - phone | 602-844-0091 - fax
joncin777@proton.me

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **Bank of America, N.A.,** | : | No. CV-25-03203-PHX-SMB |
| Plaintiff, | : | |
| | : | **DEFENDANT'S NOTICE REGARDING PLAINTIFF'S NON-COMPLIANCE WITH RULE 26(f) AND DOC. 14** |
| vs. | : | |
| **John Schwager,** | : | |
| Defendant (in error) and | : | **Noting Date: October 21, 2025** |
| Counterclaimant. | : | Word Count: 554 |

## DEFENDANT'S STATUS NOTICE REGARDING RULE 26(f) CONFERENCE, CONTINUANCE ORDER, AND REMAND BRIEFING

Defendant John David Schwager respectfully submits this Status Notice to apprise the Court of compliance efforts under the Court's Rule 16 Order (Doc. 14), the Remand briefing Order (Doc. 18), and the Continuance Order (Doc. 19).

1. Scheduling history and 26(f) meet-and-confer efforts

    a. The parties scheduled a Rule 26(f) conference for October 17, 2025 at 1:00 p.m. Arizona time. Opposing counsel reached Defendant's reception at the scheduled hour; due to a temporary reception issue, Defendant did not receive the missed call notification until 1:26 p.m. Pacific.

    b. Immediately upon learning of the missed connection, Defendant proposed multiple alternative dates/times (including evenings and weekend) and requested Plaintiff's dial-in/Zoom details to complete the Rule 26(f) conference forthwith. Defendant remains available and willing to confer promptly on all topics identified in Doc. 14.

    c. Defendant is willing to exchange Rule 26(a)(1) initial disclosures within 14 days of the Rule 26(f) conference, consistent with the Federal Rules.

2. Continuance Order (Doc. 19)

    a. On October 17, 2025, the Court granted Plaintiff's Motion to Continue (Doc. 17) and vacated the October 27, 2025 Case Management Conference "to be reset upon ruling on the pending Motion to Remand." (Doc. 19).

    b. Defendant understands the CMC is vacated pending the remand ruling, but remains ready to complete the Rule 26(f) conference now so that, if remand is denied, the parties can promptly file a Joint Case Management Report and proceed under a Rule 16 schedule without further delay.

3. Remand briefing Order (Doc. 18) and compliance

    a. On October 17, 2025, the Court ordered that Defendant file and serve a response to Plaintiff's Motion to Remand (Doc. 16) "no later than 5:00 p.m. on October 31, 2025," cautioning that failure to respond may be deemed consent under LRCiv 7.2(i). (Doc. 18).

    b. Defendant will file a timely opposition by October 31, 2025 at 5:00 p.m., and will attach supporting exhibits regarding removal, notice to the state court, and any post-removal state activity.

4. Requested administrative guidance

    In light of the Continuance Order vacating the October 27 CMC and the ongoing 26(f) coordination, Defendant respectfully requests that the Court:

    a. Note Defendant's good-faith efforts to complete the Rule 26(f) conference and to exchange Rule 26(a)(1) disclosures as soon as practicable; and

    b. If helpful to the Court, set a short deadline for the parties to complete the Rule 26(f) conference while the Motion to Remand is under submission, so the case may proceed efficiently should the Plaintiffs Motion To Remand be denied.

Dated: October 21, 2025

In good faith,

John David Schwager
Defendant, pro per sui juris

Attachments:

- Ex. 1 – Email attempt and scheduling correspondence re 26(f) (including missed-call recap)
- Ex. 2 – Court's Order re Remand briefing (Doc. 18)
- Ex. 3 – Court's Continuance Order (Doc. 19)