# Outreach

| | |
|---|---|
| From | joncin777@proton.me <joncin777@proton.me> |
| To | Darren Tallman<DTallman@collectmoore.com> |
| Date | Friday, October 17th, 2025 at 1:49 PM |

Counsel,

Thank you for your outreach regarding today's 1:00 p.m. call. I understand your office reached my reception, but I did not receive the missed call notice until 1:26 p.m. PT due to a reception issue on my end. I apologize for the inconvenience. Please use this alternative number 503.209.3992.

To comply with the Court's Rule 16 Order (Doc. 14), I am available to complete the Rule 26(f) conference immediately and propose the following times (Arizona time):

- Today: 3:30 p.m or 5:30 p.m
- Saturday: 10:00 a.m. or 1:00 p.m.
- Monday: 9:00 a.m., 12:00 p.m., or 3:00 p.m.

Please confirm a time and provide your dial-in/Zoom details. I will be prepared to address the agenda items in Doc. 14 and to exchange Rule 26(a)(1) initial disclosures within 14 days of the conference.

Separately, I will file a brief status notice with the Court noting today's missed connection and our prompt efforts to reschedule, so the docket reflects our compliance.

Thank you for your cooperation.

In good faith,

John David Schwager
Defendant, pro per sui juris
Tel: 602-844-0092 | Email: joncin777@proton.me