1 Family of Schwager Trust
2 19437 North New Traditions Drive
3 Sun City West Arizona 85375-9998
4 602-844-0092 - phone | 602-844-0091 - fax
5 joncin777@proton.me
6 _____
7

Pro Per Sui Juris

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 0 3 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

8 **IN THE UNITED STATES DISTRICT COURT**
9 **FOR THE DISTRICT OF ARIZONA**

|  |  |
|---|---|
| **Bank of America, N.A.,** | Case No.: **CV25-03203-PHX-MTM** |
| Plaintiff, | |
| vs. | Notice of Removal Under 28 United States Code § 1441, §1446 |
| **John Schwager,** | **Noting Date: September 2, 2025** |
| Defendant (in error) and Counterclaimant. | Word count: 425 |

10 Originally filed in:
11 Superior Court of Arizona, Maricopa County
12
13 **NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441 & § 1446**

14 TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT:

15 Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant (in error) and Counterclaimant, John
16 Schwager, hereby removes to this Court the above-captioned civil action currently pending in the
17 Superior Court of Arizona, Maricopa County. Removal is proper for the following reasons:

18 1. **Violation of Substantive Federal Rights:** Plaintiff's claims and conduct give rise to
19   significant deprivations of federally protected rights including:
20   ● Deprivation of due process and property rights without lawful lending authority in
21     violation of the Fifth and Fourteenth Amendments;
22   ● Deprivation of contract rights and protections under the Truth in Lending Act (TILA), 15
23     U.S.C. § 1638;

1    • Violations of constitutional principles of contract formation under Restatement (Second)

2    of Contracts §§ 161, 163.

4 2. **Federal Question Jurisdiction** exists under 28 U.S.C. § 1331 because Defendant asserts

5    claims arising under:

6    • The Truth in Lending Act (TILA), 15 U.S.C. § 1638;

7    • Federal banking statutes, including 12 U.S.C. §§ 24(7), 29, 1431;

8    • Violations of federally protected liberty and property interests.

10 3. **Original Jurisdiction:** Plaintiff is a national banking association whose practices and

11    instruments are subject to extensive federal regulation and constitutional limitations.

13 4. **Timeliness:** No Proper Service by Plaintiff. This Notice is filed within 30 days of

14    Defendant's first receipt of Plaintiff's attempted service on July 18, 2025, as contemplated

15    under 28 U.S.C. § 1446(b).

17 5. **Attachments:** Defendant attaches copies of all process, pleadings, and orders served upon

18    him, including:

19    • Exhibit A: State Court Summons, Original Complaint, and Certificate of Arbitration

20    • Exhibit B: Verified Answer & Counterclaim

21    • Exhibit C: Civil Cover Sheet (JS-44)

23 6. A copy of this Notice of Removal is being filed with the Clerk of the Superior Court of

24    Maricopa County and served on Plaintiff's counsel pursuant to 28 U.S.C. § 1446(d).

25 WHEREFORE, Defendant prays that this action proceed in this Court as a properly removed

26 action under federal jurisdiction.

27      RESPECTFULLY SUBMITTED this 2nd day of September, 2025.

      by: John David Schwager

**Family of Schwager Trust**
19437 North New Traditions Drive
Sun City West Arizona 85375-9998
602-844-0092 - phone | 602-844-0091 - fax
joncin777@proton.me

September 2, 2025

**Sent via U.S.P.S. Certified Mail, Restricted Delivery, with Return Receipt Requested**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
Sandra Day O'Connor United States Courthouse
401 West Washington Street, Suite 130
Phoenix, AZ 85003
P: (602) 322-7200

**Bank of America, N.A., v. Schwager      Docket No.** TBD
Removed from Maricopa County Superior Court Case No. CV2025-013279
Docket No. [To Be Assigned Upon Filing]

Dear Clerk:

Please find enclosed for filing in the above-captioned matter the following documents submitted by Defendant **John David Schwager**, pro per sui juris, in response to Plaintiff's Complaint and subsequent filings:

1. **Verified Answer, Affirmative Defenses, and Counterclaim**
2. **Motion to Strike Plaintiff's Application for Default, Quash Service, and Vacate Court's Default Referral Order**
3. **Declaration of John David Schwager in Support of Motion**
4. **Notice of Removal to Federal Court and Civil Cover Sheet (JS-44)**
5. **Exhibits A–C** (true copies of state court filings):
   ○ Exhibit A: Affidavit/Declaration of Service filed July 21, 2025;
   ○ Exhibit B: Application & Affidavit for Default filed August 19, 2025;
   ○ Exhibit C: Court's Default Referral Order dated August 22, 2025.

A Certificate of Service is also included, reflecting service on Plaintiff's counsel of record, **The Moore Law Group, P.C.**

Please file these documents in the docket as part of Defendant's initial response and removal of the case to federal court pursuant to **28 U.S.C. §§ 1331, 1441, and 1446.**

Thank you for your attention and assistance.

In good faith,

John David Schwager

JDS/
Enc.
Cc: