**Family of Schwager Trust**
19437 North New Traditions Drive
Sun City West Arizona 85375-9998
602-844-0092 - phone | 602-844-0091 - fax
joncin777@proton.me

CLERK OF THE
SUPERIOR COURT
FILED
A. PLASCENCIA, DEP

2025 SEP -3 PM 12: 27

September 2, , 2025

**Sent via U.S.P.S. Certified Mail, Restricted Delivery, with Return Receipt Requested**

Clerk of Superior Court
Customer Service Center
601 W. Jackson Street
Phoenix, AZ 85003

**Bank of America, N.A., v. Schwager**   Docket No. CV2025-013279
Dear Clerk:

    With regard to the COMPLAINT (Breach of Contract, Open Account, and Account Stated) re: credit account currently ending XXXXXXXXXXXX8180, please find the enclosed Notice of Filing of Notice of Removal and Exhibit 1 (Notice of Removal) and Certificate of Service for you to review.

Thank you.

In good faith,

John David Schwager

JDS/
Enc.
Cc:

Family of Schwager Trust                                    Pro Per Sui Juris
19437 North New Traditions Drive
Sun City West Arizona 85375-9998
602-844-0092 - phone | 602-844-0091 - fax
joncin777@proton.me

---

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA,
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| **Bank of America, N.A.,** Plaintiff, | Case No.: CV2025-013279 |
| vs. | Notice of Removal |
| **John Schwager,** and J. Doe Schwager, | Noting Date: September 2, 2025 |
| Defendant (in error) and Counterclaimant. | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THE SUPERIOR COURT, AND TO ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Defendant **John David Schwager** ("Defendant"), appearing *pro per sui juris*, has filed a **Notice of Removal** of the above-captioned action from this Court to the **United States District Court for the District of Arizona**.

A true and correct copy of the **Notice of Removal**, as filed with the United States District Court for the District of Arizona, is attached hereto as **Exhibit 1** and incorporated by reference.

Pursuant to **28 U.S.C. § 1446(d)**, upon the filing of the Notice of Removal with the Clerk of the United States District Court for the District of Arizona, and the filing of this Notice with the Clerk of this Superior Court, this Court shall proceed no further unless and until the case is remanded.

Defendant has also served a copy of the Notice of Removal and this Notice upon Plaintiff's counsel of record, The Moore Law Group, P.C., in accordance with applicable rules.

DATED this 2nd day of September, 2025.

**In good faith,**

John David Schwager

**John David Schwager**
Defendant, *pro per sui juris*
19437 North New Traditions Drive
Sun City West, AZ 85375
Tel: 602-844-0092 | Email: joncin777@proton.me

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2025, I served a true and correct copy of the foregoing **Notice of Filing of Notice of Removal** and **Exhibit 1 (Notice of Removal)** by Certified Mail and email to Plaintiff's counsel:

The Moore Law Group, P.C.
P.O. Box 25145
Santa Ana, CA 92799-5145
Email: AZAttorneys@collectmoore.com

                                                            In good faith,

                                                            John David Schwager

**Enclosure:**
Exhibit 1: Notice of Removal to Federal Court (as filed with the U.S. District Court for the District of Arizona)