Clerk of the Superior Court
*** Electronically Filed ***
A. Marquez, Deputy
7/21/2025 11:27:26 AM
Filing ID 20233776

Dustin Vidrine, AZ Bar No. 025882
Darren Tallman, AZ Bar No. 033603
James Hammond, AZ Bar No. 035612
Devin Philip Izenberg, AZ Bar No. 035961
The Moore Law Group, APC
2702 N. 3rd Street, Ste 2010
Phoenix, AZ 85004
Mailing address:
P.O. Box 25145
Santa Ana, CA 92799
(800) 506-2652
AZAttorneys@collectmoore.com
Attorneys for Plaintiff

## IN THE SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY

### NOTICE OF FILING - DECLARATION OF SERVICE

CASE NUMBER: CV2025-013279

**Bank of America, N.A.**

Plaintiff,

vs.

**John Schwager, and J. Doe Schwager, as spouse**

Defendants.

# DECLARATION OF SERVICE

Court Stamp Here

Notice: This document contains sensitive data

| Court | **SUPERIOR COURT OF THE STATE OF ARIZONA IN AND FOR THE COUNTY OF MARICOPA** | |
|---|---|---|
| Plantiff | **Bank of America, N.A.** | |
| Defendant | **John Schwager, and J. Doe Schwager, as spouse** | Case # **CV2025-013279** |
| Person to be Served | **John Schwager, and J. Doe Schwager, as spouse and JOHN/JANE DOE Schwager, and J. Doe Schwager, as spouse** | |
| Manner of Service | **Personal** | Service Date/Time **7/18/2025    12:28 PM** |
| Documents | **Summons;Certificate on Compulsory Arbitration;Complaint** | Service Fee **$68.90** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **18th day of July, 2025** at **12:28 PM** at the address of **13027 W Star Ridge Dr, Sun City West, Maricopa County, AZ 85375-3831**; the undersigned served the above described documents upon **John Schwager, and J. Doe Schwager, as spouse** and **JOHN/JANE DOE Schwager, and J. Doe Schwager, as spouse** by then and there personally delivering **2** true and correct copy(ies) thereof, by then presenting to and leaving the same with **John Schwager, and J. Doe Schwager, as spouse, I delivered the documents to John Schwager, and J. Doe Schwager, as spouse with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 55-65 years of age, 6'0"-6'2" tall and weighing 160-180 lbs.**, a person of suitable age and discretion who stated they reside at the defendant's/respondent's usual place of abode listed above.

**MARRIED**        Yes    No    (Refused)  (circle one)

33.668877, -112.345664

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of AZ that the statement above is true and correct.

Date:  07/18/2025

**Duane Benner, Reg. # MC9115, Arizona**
**17642 W. Post Dr, Surprise, AZ 85388**


