Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
Y. Moralez, Deputy
8/19/2025 9:57:15 AM
Filing ID 20418959

Devin Philip Izenberg, AZ Bar No. 035961
James Hammond, AZ Bar No. 035612
Nicholas Bullock, AZ Bar No. 032735
Darren Tallman, AZ Bar No. 033603
The Moore Law Group,
A Professional Corporation
Mailing address:
P.O. Box 25145
Santa Ana, CA 92799-5145
(800) 506-2652
AZAttorneys@collectmoore.com
Attorneys for Plaintiff

### IN THE SUPERIOR COURT OF ARIZONA
### MARICOPA COUNTY

| | |
|---|---|
| Bank of America, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>John Schwager and<br>J. Doe Schwager, as spouse,<br><br>Defendant(s). | Case No. CV2025-013279<br><br>**APPLICATION AND AFFIDAVIT FOR DEFAULT** |

**NOTICE: THIS IS AN IMPORTANT DOCUMENT.** The Plaintiff is requesting the entry of default against Defendant, John Schwager and J. Doe Schwager, as spouse,. The Default will be effective ten (10) working days after the filing of this completed document, unless the Defendant file(s) an Answer or otherwise defends before the ten working day period expires.

The undersigned affirms the following:

1. I am the attorney for the Plaintiff in this action.

2. I have mailed this document to the Defendant claimed to be in default.

3. Since the Defendant was/were served with the Summons and Complaint, the time to appear and defend under the Arizona Rules of Civil Procedure has expired. *See* Exhibit 1.

4. The Defendant against whom a judgment is requested has failed to appear or defend as required by Rule 55, Arizona Rules of Civil Procedure.

1

5. The Defendant is/are not in the active military service of the United States, or has otherwise waived his or her rights under the Servicemembers Civil Relief Act (formerly "Soldiers' and Sailors' Civil Relief Act").

6. The Defendant is not a minor and is not known to be incompetent.

7. If an attorney is known to represent Defendant, the attorney is identified below; otherwise, no such attorney is known.

8. **This Default will be effective against the Defendant ten (10) working days after the filing of this Application and Affidavit unless the Defendant file(s) a responsive pleading or otherwise properly defend(s) in this action prior to the expiration of those ten (10) days.**

WHEREFORE, the Plaintiff requests the entry of default against the Defendant indicated above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: AUG 1 5 2025

The Moore Law Group,
A Professional Corporation

☐ Devin Philip Izenberg, AZ Bar No. 035961
☒ James Hammond, AZ Bar No. 035612
☐ Nicholas Bullock, AZ Bar No. 032735
☐ Darren Tallman, AZ Bar No. 033603
*Attorney for Plaintiff*

**ORIGINAL** of the foregoing delivered
to the Clerk of the Court and
a **COPY** has been or will be mailed _____ AUG 1 8 2025 _____
to:

John Schwager
13027 W Star Ridge Dr
Sun City West AZ 85375-3831
*Defendant(s)*


_____*Emily Mntz*_____

3