Clerk of the Superior Court
*** Electronically Filed ***
08/22/2025 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-013279                                         08/21/2025

                                         CLERK OF THE COURT
HONORABLE MICHAEL VALENZUELA                    A. Villela
                                                  Deputy

BANK OF AMERICA N A                    JAMES HAMMOND

v.

JOHN SCHWAGER                          JOHN SCHWAGER
                                       13027 W STAR RIDGE DR
                                       SUN CITY WEST AZ  85375


                                       COMM. KAISER
                                       CV ARBITRATION
                                       JUDGE VALENZUELA



**DEFAULT REFERRAL**

This Court has received Plaintiff's e-filed/ filed *Application and Affidavit for Default,* filed August 19, 2025, against **Defendant(s), John Schwager and J. Doe Schwager,** in the above-captioned case.

**IT IS ORDERED** that no action will be taken by this division on the above-referenced document(s).

The parties are advised that commissioners handle Rule 55(b) Default Judgment proceedings and that the default proceedings in this matter are to be heard by **Commissioner Brian Kaiser.**

**IT IS FURTHER ORDERED** that all documents necessary to support the entry of a default judgment must be either e-filed or filed in paper form.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2025-013279                                      08/21/2025

Pursuant to the Maricopa County eFiling Guidelines, section 2.09, attorneys shall electronically file all the documents required to request a default judgment, such as the Application for Entry of Default, Motion for Entry of Default Judgment, Sum Certain Affidavit, Application for Attorneys' Fees when appropriate, and Statement of Costs.

Attorneys and Self-Represented Litigants must submit a default judgment packet required by the Court, including the documents identified on the default judgment packet coversheet in paper to the assigned commissioner's division.

**A commissioner will not act upon a Motion for Entry of Default Judgment until the default judgment packet with all the required documents has been received by the division in paper form.**

If the paper packet is not received by the above-named Commissioner division by **October 20, 2025**, the matter is placed on the Dismissal Calendar as to the above-named defaulted party or parties until **November 19, 2025**.

You may wish to review the following resources for additional information regarding the default process:

**Applications for Default**
https://superiorcourt.maricopa.gov/llrc/cv_cvc6/

**Motions**
https://superiorcourt.maricopa.gov/media/n30m54ah/gn10fz.pdf

**Civil Default Checklist**
https://superiorcourt.maricopa.gov/media/jitjlp0s/cvc50fz.pdf

**Civil Court Administration Processing Information**
civil-department-post-filing-information-and-instructions.pdf (maricopa.gov)