CLERK OF THE SUPERIOR COURT
FILED
OCT 08 2025 9:10 a.m.
_____a. Patel_____, Deputy

1  Devin Philip Izenberg, AZ Bar No. 035961
2  James Hammond, AZ Bar No. 035612
   Nicholas Bullock, AZ Bar No. 032735
3  Darren Tallman, AZ Bar No. 033603
   The Moore Law Group,
4  A Professional Corporation
   Mailing address:
5  P.O. Box 25145
   Santa Ana, CA 92799-5145
6  Telephone: (800) 506-2652
   AZAttorneys@collectmoore.com
7  Attorneys for Plaintiff

IN THE MARICOPA COUNTY SUPERIOR COURT OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA
201 W. JEFFERSON, PHOENIX, AZ 85003-2243

| | |
|---|---|
| Bank of America, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> John Schwager and <br> J. Doe Schwager, as spouse, <br><br> Defendant. | Case No. CV2025-013279 <br><br> **DEFAULT JUDGMENT** |

This matter having come before the Court on Plaintiff's Request and Sum Certain Affidavit for Entry of Default Judgment Without Hearing, with good cause showing, and with no further matters remaining pending, Judgment is entered against Defendants, John Schwager and J. Doe Schwager, as spouse, under Rule 54(c), Ariz.R.Civ.P. as follows, with interest to accrue at 0.0000%:

| | |
|---|---|
| Principal: | $18,345.22 |
| Costs: | $467.01 |
| Deductions: | $0.00 |
| Total Judgment: | $18,812.23 |

Dated: 7 Oct 25

_____
Judge
HONORABLE BRIAN D. KAISER
MARICOPA COUNTY SUPERIOR COURT

A **COPY** has been or will be mailed/emailed on ___SEP 1 9 2025___ to:

John Schwager
13027 W Star Ridge Dr
Sun City West AZ 85375-3831

*[signature]*