**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Bank of America NA, | No. CV-25-03203-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| John Schwager, et al., | |
| Defendants. | |

This matter having come before the Court on Plaintiff's Motion to Remand Case to State Court (Doc. 16),

**IT IS HEREBY ORDERED** the Motion is GRANTED.

**IT IS FURTHER ORDERED** remanding this case to the Maricopa County Superior Court, State of Arizona.

Dated this 8th day of May, 2026.

Honorable Susan M. Brnovich
United States District Judge