IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Bank of America, N.A.,        Plaintiff, <br><br> vs. <br><br> John Schwager,       Defendant/Counterclaimant. | Case No. CV-25-03203-PHX-SMB <br><br> [PROPOSED] ORDER ON DEFENDANT'S MOTION TO ALTER OR AMEND THE MAY 8, 2026 REMAND ORDER (DOC. 23) <br><br> Noting Date: May 20th , 2026 |

## [PROPOSED] ORDER ON DEFENDANT'S MOTION TO ALTER OR AMEND THE MAY 8, 2026 REMAND ORDER (DOC. 23)

This matter is before the Court on Defendant John Schwager's Motion to Alter or Amend the May 8, 2026 Remand Order (Doc. 23), filed May 20th , 2026, under Federal Rule of Civil Procedure 59(e) and D. Ariz. L.R. Civ. 7.2(g)(2).

Having considered the motion and the record,

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED. The Court will issue, within 14 days of this Order, a supplemental opinion identifying the specific ground or grounds — among (i) untimeliness of removal under 28 U.S.C. § 1446(b); (ii) failure to file the Notice of Removal with the state clerk under 28 U.S.C. § 1446(d); (iii) lack of federal-question subject-matter jurisdiction under 28 U.S.C. §§ 1331, 1441; or (iv) burden of proof — on which the Motion to Remand (Doc. 16) was granted.

IT IS FURTHER ORDERED that operation of the Remand Order (Doc. 23) is STAYED pending the supplemental opinion.

Dated this 20th day of May, 2026.

_____

Hon. Susan M. Brnovich

United States District Judge