**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Bank of America NA,<br>Plaintiff,<br>v.<br>John Schwager, et al.,<br>Defendants. | No. CV-25-03203-PHX-SMB<br>**ORDER** |

Pending before the Court is Defendant Schwager's Motion to Direct Plaintiff to Prove Standing as Real Party in Interest Under FRCP 17(a), to File FRCP 7.1 Corporate Disclosure, and to Produce Proof of Authority to Act (Doc.25). First, this case has been remanded and is now under control of the State Court. Second, Defendant is seeking discovery materials. Discovery has not occurred in this Court and must now be pursued in State Court. Therefore,

**IT IS ORDERED** denying Defendant Schwager's Motion (Doc. 25)

Dated this 7th day of October, 2026.

Honorable Susan M. Brnovich
United States District Judge