**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Bank of America NA,

Plaintiff,

v.

John Schwager, et al.,

Defendants.

No. CV-25-03203-PHX-SMB

**ORDER**

Pending before the Court is Defendant Schwager's Motion to Alter or Amend Pursuant to Fed. R. Civ. P. 59(e) and D.Ariz. L.R.Civ 7.2(g). (Doc. 24) Local Rule 7.2(g) discusses motions for reconsideration and does not address motions to alter or amend so the Court will not address the local rule. 1 In fact, it appears to be irrelevant for Rule 59 purposes if "Defendants never moved for judgment as a matter of law," (Doc. 176 at 4). See Go Daddy Software, 581 F.3d at 966 (addressing Rule 59(a) motion without mentioning how the party raised a Rule 50(a) motion in the trial court).

Rule 59(e) provides that "[a] motion to alter or amend a judgment must be filed no later than 28 days after the entry of judgment." Fed. R. Civ. P. 59(e). "Since specific grounds for a motion to amend or alter are not listed in the rule, the district court enjoys considerable discretion in granting or denying the motion." Allstate Ins. Co. v. Herron, 634 F.3d 1101, 1111 (9th Cir. 2011) (quoting McDowell v. Calderon, 197 F.3d 1253, 1255 n.1 (9th Cir. 1999) (en banc) (per curiam)).

Here, Defendant asks this Court to alter or amend the Court's order that remanded this case to state court, Doc. 23, to articulate the specific grounds on which the Motion to Remand was granted.

**IT IS ORDERED** amending the Order (Doc. 23) to reflect the grounds for remand included both that the removal was untimely and that the Court lacked federal question jurisdiction.

**IT IS FURTHER ORDERED** denying Defendant's request for specific findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** affirming the remand order at Doc. 23.

Dated this 7th day of October, 2026.

Honorable Susan M. Brnovich
United States District Judge